

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CIBANCO, S.A., INSTITUCION DE BANCA MULTIPLE, | § | No. 08-21-00115-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 327th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| JESUS M. TRILLO QUEZADA and MIRIAM RUBIO GARCIA, | § | (TC# 2021DCV0152) |
| Appellees. | | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

GINA M. PALAFOX, Justice

November 22, 2022

Before Rodriguez, C.J., Palafox, and Alley, JJ.